■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL D. PIERCE, Appellant. [893 NYS2d 798]—Appeal from an

order of the Lewis County Court (Charles C. Merrell, J.), entered August 6, 2008. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Fahey and Green, JJ.